*E-FILED 6/16/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| **DAMIEN RUIZ SR.**, individually and on behalf of the **GENERAL PUBLIC, REGINA SANDOVAL,** individually and on behalf of the **GENERAL PUBLIC, JAYLENE CAAMPUED,** a minor, by and through her guardian ad litem **DAMIEN RUIZ SR., DAMIEN RUIZ JR.,** a minor, by and through his guardian ad litem **DAMIEN RUIZ SR., JANEY RUIZ,** a minor, by and through her guardian ad litem **DAMIEN RUIZ SR., EDUARDO IBARRA SR.,** individually and on behalf of the **GENERAL PUBLIC, VERONICA IBARRA**, individually and on behalf of the **GENERAL PUBLIC, ANDREA IBARRA** a minor, by and through her guardian ad litem **EDUARDO IBARRA SR., EDUARDO IBARRA JR.,** a minor, by and through his guardian ad litem **EDUARDO IBARRA SR., FRANCISCO IBARRA** a minor, by and through his guardian ad litem **EDUARDO IBARRA SR.,** <br>            Plaintiffs, <br> *v.* <br> **VASONA MANAGEMENT, INC., MAAS TAXCO PARTNERS** a general partnership, **SUZANNE C. MAAS, RALF SALAZAR,** and **DOES 1 through 25**, inclusive, <br>            Defendants. | Case No.  C 05-00871 RS <br><br> **ORDER OF DISMISSAL WITH PREJUDICE.** <br><br> Judge: Honorable Richard Seeborg <br> Courtroom: 4 |

On April 28, 2005 all plaintiffs in this civil rights action filed a NOTICE OF SETTLEMENT stating that a final settlement of all claims alleged in the complaint had been accomplished. Subsequently, the guardians ad litem for all of the minor plaintiffs petitioned this Court for an order approving the compromise of the minors' claims. On June 14, 2005 this Court approved the compromise of the minors' claims. On June 15, 2005, all plaintiffs filed a request for dismissal of the entire complaint and all claims alleged therein.

IT IS THEREFORE ORDERED that:

Pursuant to their request, plaintiffs' complaint and all claims alleged in this action are hereby dismissed with prejudice.

So ordered.

Dated: June 16, 2005

/s/ Richard Seeborg
_____
Honorable RICHARD SEEBORG,
UNITED STATES MAGISTRATE JUDGE